**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LESA TASCHETTI** **PLAINTIFF**

**v.** **No. 4:26-cv-99-DPM**

**SOCIAL SECURITY ADMINISTRATION, Commissioner** **DEFENDANT**

**ORDER**

Unopposed recommendation, *Doc. 11*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Substantial evidence supports the ALJ's decision; and the Court sees no error of law. *Sloan v. Saul*, 933 F.3d 946, 949 (8th Cir. 2019). Taschetti's complaint will therefore be dismissed with prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

4 November 2026