IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LESA TASCHETTI** **PLAINTIFF**

**v.** **No. 4:26-cv-99-DPM**

**SOCIAL SECURITY ADMINISTRATION, Commissioner** **DEFENDANT**

# JUDGMENT

Taschetti's complaint is dismissed with prejudice.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

4 November 2026